**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael Moureau Wilson |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | 16-10459-RGM |

☐ Check if this is an
   amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

| 1. | **Schedule A/B: Property** (Official Form 106A/B) | | |
|---|---|---|---|
| | 1a. Copy line 55, Total real estate, from Schedule A/B...................................................................... | $ | 175,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................................ | $ | 275,898.74 |
| | 1c. Copy line 63, Total of all property on Schedule A/B...................................................................... | $ | 450,898.74 |

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | | |
|---|---|---|---|
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ | 239,597.79 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ | 0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ | 6,755,975.41 |
| | **Your total liabilities** | $ | 6,995,573.20 |

### Part 3:    Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) | | |
|---|---|---|---|
| | Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $ | -2,647.56 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | | |
| | Copy your monthly expenses from line 22c of *Schedule J*.......................................................................... | $ | 0.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■   Yes

7.  **What kind of debt do you have?**

☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  Michael Moureau Wilson _____   Case number *(if known)*  16-10459-RGM

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $           0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $           0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $           0.00 |
| 9d. Student loans. (Copy line 6f.) | $     123,962.25 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $           0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$           0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $     123,962.25 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Michael Moureau Wilson |
| | First Name · Middle Name · Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | 16-10459-RGM |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

---

**1.1**

| | |
|---|---|
| 10507 Homestead Dr. | |
| Street address, if available, or other description | |

| | | |
|---|---|---|
| Tampa | FL | 33618-4007 |
| City | State | ZIP Code |

| |
|---|
| Hillsborough |
| County |

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $175,000.00 | $175,000.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee simple ownership

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**..............................................................=>    | $175,000.00 |

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Michael Moureau Wilson | Case number (if known) | 16-10459-RGM |
|---|---|---|---|

## 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| 3.1 | Make: | Toyota | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model: Sienna
Year: 2013
Approximate mileage: 10,550
Other information:

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|
| | $27,000.00 | $27,000.00 |

| 3.2 | Make: | Toyota | **Who has an interest in the property?** Check one |

Model: Sienna
Year: 2015
Approximate mileage: 1,176
Other information:

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|
| | $32,000.00 | $32,000.00 |

| 3.3 | Make: | Toyota | **Who has an interest in the property?** Check one |

Model: Prius
Year: 2006
Approximate mileage: 52,842
Other information:

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|
| | $4,000.00 | $4,000.00 |

## 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**..........................................................=>

| $63,000.00 |
|---|

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

### 6. Household goods and furnishings

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes. Describe.....

Miscellaneous household goods and furnishings located at Debtor's Arlington residence, including dishes, pots & pans, silverware, towels, bed linens, various appliances, TV, monitor, plasma TV, queen-size bed, 3 shelving units, phone, bathroom supplies, 2 plastic tables, table desk, old chairs, iron, and holiday decorations

$1,800.00

Debtor 1    Michael Moureau Wilson    Case number *(if known)*    16-10459-RGM

| | |
|---|---|
| Miscellaneous household goods and furnishings located at debtor's office in Washington, DC including dishes, silverware, small appliances, towels, vacuum cleaner, pots and pans, several fans | $320.00 |
| Miscellaneous household goods and furnishings located at debtor's home in Florida including washer and dryer, microwave, blender, pressure cooker, hot plate, electric tea kettle, kitchen  table, 4 chairs, dining room table, 2 chairs, patio lawn furniture, bed, steel shelving for TV, 2 TV's, computer, printer, folding table and 2 chairs, steel shelving units in spare bedroom with miscellaneous office supplies and 2 folding tables, computer table, dresser, iron and ironing board, holiday decorations | $3,180.00 |
| Miscellaneous books, photographs, pictures, CDs, and DVDs at Debtor's Arlington residence | $125.00 |
| Miscellaneous books, photographs, pictures, CDs, and DVDs at Debtor's office | $75.00 |
| Miscellaneous books, photographs, pictures, CDs, and DVDs at Debtor's Florida home | $50.00 |
| Miscellaneous household goods and furnishings located at Debtor's Chantilly warehouse, including old clothing, bicycle helmet, tupperware bowls, coat hangers, fan, hand truck, bicycle pump, and magazines | $200.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes.  Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Cameras, weights, miscellaneous dumbbells & resistance bands, 3 elliptical machines | $500.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    Michael Moureau Wilson                                           Case number *(if known)*   16-10459-RGM

■ Yes.  Describe.....

| | |
|---|---|
| Miscellaneous men's clothing, including suits, shirts, pants, shorts, sweatshirts, bathing suits, shoes, socks, undergarments, coats, sweaters, ties, belts, and accessories | $500.00 |

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| 12 old watches; box of old cuff links | $18.00 |

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

$6,768.00

| Part 4: | Describe Your Financial Assets |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.................................................................................................

| | |
|---|---|
| Cash on hand | $900.00 |

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Signature Advantage, Checking, and Money Market | SunTrust Bank acct. #7023 ($56,936.61); acct. #8034 ($0); acct. #3642 ($1,155.81) | $58,092.42 |
| 17.2. | Checking | SunTrust Bank acct. #4638 | $4,433.50 |
| 17.3. | Checking | United Bank acct. #9686 | $38.16 |

Debtor 1    Michael Moureau Wilson                                                     Case number (if known)   16-10459-RGM

18.  **Bonds, mutual funds, or publicly traded stocks**
     *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
     ■ No
     ☐ Yes.................        Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
     joint venture**
     ■ No
     ☐ Yes.  Give specific information about them..................
                           Name of entity:                                    % of ownership:

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
     *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
     *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
     ■ No
     ☐ Yes. Give specific information about them
                           Issuer name:

21.  **Retirement or pension accounts**
     *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
     ■ No
     ☐ Yes. List each account separately.
                           Type of account:            Institution name:

22.  **Security deposits and prepayments**
     Your share of all unused deposits you have made so that you may continue service or use from a company
     *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
     ☐ No
     ■ Yes. ....................          Institution name or individual:

         Rent                         Landlord security deposit for commercial        Unknown
                                       premises lease held by Prudence LLC ($21,457)

         Rent                         Landlord security deposit for warehouse         Unknown
                                       premises held by PS Business Parks ($3,325)

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
     ■ No
     ☐ Yes.............          Issuer name and description.

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
     26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
     ■ No
     ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
     ■ No
     ☐ Yes.  Give specific information about them...

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
     *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
     ■ No
     ☐ Yes.  Give specific information about them...

27.  **Licenses, franchises, and other general intangibles**
     *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
     ■ No
     ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1    Michael Moureau Wilson                                  Case number *(if known)*   16-10459-RGM

28. **Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ☐ No
- ■ Yes.  Describe each claim.........

| | |
|---|---|
| Counterclaim against New Amsterdam Capital Partners, LLC ($1,800,000) | Unknown |
| Counterclaim against John C. Lowe, Esq. ($10,000) | Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
- ■ No
- ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................

$63,464.08

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ☐ No. Go to Part 6.
- ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

Debtor 1    Michael Moureau Wilson      Case number *(if known)*    16-10459-RGM

claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☐ No

■ Yes. Describe.....

| Baldwin v. Christmas Case 1:14-cv-01918-ABJ, settled 11/12/15 for $50,000, with 40% to attorneys in payments staggered through 8/7/16, subject to a 50% fee split with co-counsel Bailey & Ehrenberg | $10,000.00 |
|---|---|
| Tessema Yodit, mother of Kaleab J. Natnael, Deceased 1790te; settled for $875,000 with 40% to attorneys subject to 2/3 fee split with co-counsel Cary Hansel and Annie Hirsch | $116,666.66 |

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

■ Yes. Describe.....

| Miscellaneous office equipment and supplies, including 40 reams of paper, 225 cardboard boxes, 50 rolls of plastic bags, 25 office chairs, shredder, 2 CD copiers, 5 fans, 800 blank CDs, 4 heaters, weighing scale, 2 manual 3-hole punch devices, 9 peace plants, 2 bamboo plants, 5 dollar tree plants, 2 Lexmark multifunction machines, 2 Canon copiers, 6 printers, 2 shelving units, 10 tables, 4 desks, large electric calculator, 6 hand calculators, 27 metal shelves, 2 step ladders, 3 hand trucks, 4 half file cabinets, 2 full-size file cabinets, several keyboards & mouse, flash drives, tape & dispensers, binders, Post-it notes, folders, binder clips & paperclips, pens & pencils | $5,000.00 |
|---|---|

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

■ Yes. Describe.....

| 2 scanners/coder machines | $2,000.00 |
|---|---|

41. **Inventory**

■ No

☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**

■ No

☐ Yes. Give specific information about them...................
    Name of entity:                                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**

■ No.

☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

        ■ No
        ☐ Yes. Describe.....

44. **Any business-related property you did not already list**

☐ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | Michael Moureau Wilson | Case number *(if known)* | 16-10459-RGM |
|---|---|---|---|

■ Yes. Give specific information.........

| | 2 old office sofas & cushions, 15 desk top computers, 5 lap tops, Server and NAZ, 3 toolboxes & tools | $9,000.00 |
|---|---|---|

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**....................................................................................................................... | $142,666.66

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... | $0.00

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

| 55. | **Part 1: Total real estate, line 2** ........................................................................................................ | | $175,000.00 |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $63,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $6,768.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $63,464.08 | |
| 59. | **Part 5: Total business-related property, line 45** | $142,666.66 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $275,898.74 | Copy personal property total | $275,898.74 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $450,898.74 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | Michael Moureau Wilson | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number (if known) | 16-10459-RGM | | |

☐ Check if this is an
amended filing

# Official Form 106C

# Schedule C: The Property You Claim as Exempt                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| 2013 Toyota Sienna 10,550 miles<br>Line from *Schedule A/B*: 3.1 | $27,000.00 | ■ | $2,000.00 | VA Code § 34-26(8) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 2006 Toyota Prius 52,842 miles<br>Line from *Schedule A/B*: 3.3 | $4,000.00 | ■ | $4,000.00 | VA Code § 34-26(8) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Miscellaneous household goods and furnishings located at Debtor's Arlington residence, including dishes, pots & pans, silverware, towels, bed linens, various appliances, TV, monitor, plasma TV, queen-size bed, 3 shelving units, phone, bathroom supplies, 2<br>Line from *Schedule A/B*: 6.1 | $1,800.00 | ☐ | | VA Code § 34-26(4a) |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| Miscellaneous household goods and furnishings located at debtor's office in Washington, DC including dishes, silverware, small appliances, towels, vacuum cleaner, pots and pans, several fans<br>Line from *Schedule A/B*: 6.2 | $320.00 | ☐ | | VA Code § 34-26(4a) |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Michael Moureau Wilson | | Case number (if known) | 16-10459-RGM |
| --- | --- | --- | --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Miscellaneous household goods and furnishings located at debtor's home in Florida including washer and dryer, microwave, blender, pressure cooker, hot plate, electric tea kettle, kitchen table, 4 chairs, dining room table, 2 chairs, patio lawn furniture,<br>Line from *Schedule A/B*: 6.3 | $3,180.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4a) |
| Miscellaneous books, photographs, pictures, CDs, and DVDs at Debtor's Arlington residence<br>Line from *Schedule A/B*: 6.4 | $125.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(2) & (4a) |
| Miscellaneous books, photographs, pictures, CDs, and DVDs at Debtor's office<br>Line from *Schedule A/B*: 6.5 | $75.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(2) & (4a) |
| Miscellaneous books, photographs, pictures, CDs, and DVDs at Debtor's Florida home<br>Line from *Schedule A/B*: 6.6 | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(2) & (4a) |
| Miscellaneous household goods and furnishings located at Debtor's Chantilly warehouse, including old clothing, bicycle helmet, tupperware bowls, coat hangers, fan, hand truck, bicycle pump, and magazines<br>Line from *Schedule A/B*: 6.7 | $200.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4) & (4a) |
| Cameras, weights, miscellaneous dumbbells & resistance bands, 3 elliptical machines<br>Line from *Schedule A/B*: 9.1 | $500.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4a) |
| Miscellaneous men's clothing, including suits, shirts, pants, shorts, sweatshirts, bathing suits, shoes, socks, undergarments, coats, sweaters, ties, belts, and accessories<br>Line from *Schedule A/B*: 11.1 | $500.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4) |
| 12 old watches; box of old cuff links<br>Line from *Schedule A/B*: 12.1 | $18.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4) |
| Cash on hand<br>Line from *Schedule A/B*: 16.1 | $900.00 | ☑ $900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code §§ 34-4, -13 & -14 |
| Signature Advantage, Checking, and Money Market: SunTrust Bank acct. #7023 ($56,936.61); acct. #8034 ($0); acct. #3642 ($1,155.81)<br>Line from *Schedule A/B*: 17.1 | $58,092.42 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-29; VA Code §§ 34-4, -13 & -14 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Michael Moureau Wilson | | Case number (if known) | 16-10459-RGM |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Checking: SunTrust Bank acct. #4638<br>Line from *Schedule A/B*: 17.2 | $4,433.50 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-29; VA Code §§ 34-4, -13 & -14 |
| Checking: United Bank acct. #9686<br>Line from *Schedule A/B*: 17.3 | $38.16 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-29; VA Code §§ 34-4, -13 & -14 |
| Baldwin v. Christmas Case 1:14-cv-01918-ABJ, settled 11/12/15 for $50,000, with 40% to attorneys in payments staggered through 8/7/16, subject to a 50% fee split with co-counsel Bailey & Ehrenberg<br>Line from *Schedule A/B*: 38.1 | $10,000.00 | ■ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-29 |
| Tessema Yodit, mother of Kaleab J. Natnael, Deceased 1790te; settled for $875,000 with 40% to attorneys subject to 2/3 fee split with co-counsel Cary Hansel and Annie Hirsch<br>Line from *Schedule A/B*: 38.2 | $116,666.66 | ■ $87,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-29 |
| Miscellaneous office equipment and supplies, including 40 reams of paper, 225 cardboard boxes, 50 rolls of plastic bags, 25 office chairs, shredder, 2 CD copiers, 5 fans, 800 blank CDs, 4 heaters, weighing scale, 2 manual 3-hole punch devices, 9 peace plan<br>Line from *Schedule A/B*: 39.1 | $5,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(7) |
| 2 scanners/coder machines<br>Line from *Schedule A/B*: 40.1 | $2,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(7) |
| 2 old office sofas & cushions, 15 desk top computers, 5 lap tops, Server and NAZ, 3 toolboxes & tools<br>Line from *Schedule A/B*: 44.1 | $9,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4a) & (7) |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael Moureau Wilson |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | 16-10459-RGM |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.1** Bank of America, N.A.
Creditor's Name

P.O. Box 15222
Wilmington, DE 19886
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred: September 2007

**Describe the property that secures the claim:**
10507 Homestead Dr. Tampa, FL 33618-4007  Hillsborough County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   1st priority mortgage

Last 4 digits of account number: 9077

Column A: $171,527.89   Column B: $175,000.00   Column C: $0.00

**2.2** Toyota Financial Services
Creditor's Name

P.O. Box 5855
Carol Stream, IL 60197-5855
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred: 1/21/13

**Describe the property that secures the claim:**
2013 Toyota Sienna 10,550 miles

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number: 0001

Column A: $22,280.74   Column B: $27,000.00   Column C: $0.00

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    Michael Moureau Wilson

| First Name | Middle Name | Last Name |

Case number (*if know*)    16-10459-RGM

---

| 2.3 | Toyota Financial Services | Describe the property that secures the claim: | $45,789.16 | $32,000.00 | $13,789.16 |

Creditor's Name

2015 Toyota Sienna 1,176 miles

P.O. Box 5855
Carol Stream, IL
60197-5855

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    2/14/15    Last 4 digits of account number    0001

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $239,597.79

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    $239,597.79

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Fill in this information to identify your case: |
|---|

| Debtor 1 | Michael Moureau Wilson |
|---|---|
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | 16-10459-RGM |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | **Total claim** |
|---|---|---|---|

| 4.1 | Albert C. Beatty, Jr., M.D. | Last 4 digits of account number | | $15,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

3 Blancoyd Rd.

Merion Station, PA 19066           **When was the debt incurred?**    2008-2016

Number Street City State Zlp Code

**Who incurred the debt?** Check one.              **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                     ☐ Disputed

☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**     ☐ Student loans
**debt**
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify    Business expenses, expert witness fees

Debtor 1   Michael Moureau Wilson

Case number (if know)   16-10459-RGM

---

| 4.2 | Capitol Capital LLC | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
1344 E. Capitol St., NE
Washington, DC 20036
Number Street City State Zip Code

**When was the debt incurred?**   2015-present

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business expenses, cash advances

---

| 4.3 | Carolyn Crawford, M.D. | Last 4 digits of account number | | $5,000.00 |

Nonpriority Creditor's Name
5616 Sounds Ave.
Sea Isle City, NJ 08243
Number Street City State Zip Code

**When was the debt incurred?**   2014-2016

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business expenses, expert witness fees

---

| 4.4 | Deborah A. Vitale, Esq. | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
1013 Princess St.
Alexandria, VA 22314-2246
Number Street City State Zip Code

**When was the debt incurred?**   2010-2016

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business expenses, legal fees

---

Debtor 1    Michael Moureau Wilson

Case number (if know)    16-10459-RGM

---

| 4.5 | DexMedia, LLC | Last 4 digits of account number    0129 | $261,644.05 |
|---|---|---|---|

Nonpriority Creditor's Name
2200 W. Airfield Dr.
Dallas, TX 75261

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Business expenses, advertising

---

| 4.6 | Discovery Copy | Last 4 digits of account number | $22,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
Attn: Michael Phelps
2001 Pennsylvania Ave., NW
Washington, DC 20006

When was the debt incurred?    2008-2014

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Business expenses, printing, reproduction

---

| 4.7 | Diversified Acceptance Company | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
Attn: Michael Opper, Esq.
9851 Horn Rd.
Sacramento, CA 95827

When was the debt incurred?    2007-2010

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Business expenses, cash advances

---

Debtor 1    Michael Moureau Wilson

Case number (if know)    16-10459-RGM

---

| 4.8 | Greg Krasovsky, Esq. | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
Mail Drop:  Michael Wilson
1120 19th St., NW, Suite LL-11
Washington, DC 20036-3605

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Business expenses, legal services

---

| 4.9 | Hugh West, M.D. | Last 4 digits of account number | $654.00 |

Nonpriority Creditor's Name
10 Morning Sun
Mill Valley, CA 94941

**When was the debt incurred?**    2010-2015

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Business expenses, expert witness fees

---

| 4.10 | John C. Lowe, Esq. | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
5920 Searl Terrace
Bethesda, MD 20816

**When was the debt incurred?**    2008-2016

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Business expenses, legal fees

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Michael Moureau Wilson

Case number (if know)    16-10459-RGM

| 4.1 1 | Jonathan Grimm, Esq. | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
Mail Drop:  Michael Wilson
1120 19th St., NW, Suite LL-11
Washington, DC 20036-3605

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business expenses, computer consultant

| 4.1 2 | Joseph, Greenwald & Laake P.A. | Last 4 digits of account number | $116,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
Attn:  Stephen Friedman, Esq.
6404 Ivy Ln., Suite 400
Greenbelt, MD 20770

When was the debt incurred?    2012-2016

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business expenses, legal fees

| 4.1 3 | Mike Slocumb Law Firm | Last 4 digits of account number | $197,030.00 |
|---|---|---|---|

Nonpriority Creditor's Name
Attn:  Mike Slocumb, Esq.
777 6th St., NW, Suite 200
Washington, DC 20001

When was the debt incurred?    2010-2013

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business expenses, advertising

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1   Michael Moureau Wilson _____   Case number (if know)   16-10459-RGM

---

**4.1 4**

**New Amsterdam Capital Partners**
Nonpriority Creditor's Name
Attn:  Max Volsky, Esq.
459 Columbus Ave., Suite 299
New York, NY 10024
Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____    $6,000,000.00

**When was the debt incurred?**   2007-2009

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Consumer predatory lending debt, already paid

---

**4.1 5**

**Planet Depos**
Nonpriority Creditor's Name
405 E. Gude Dr., Suite 209
Rockville, MD 20850
Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____    $5,547.20

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Case expenses, deposition services

---

**4.1 6**

**RJH Air Conditioning & Heating**
Nonpriority Creditor's Name
Attn:  Storm Rogers
12232 Distribution Pl.
Beltsville, MD 20705
Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____    $781.44

**When was the debt incurred?**   2013-2014

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   HVAC services

---

Debtor 1   Michael Moureau Wilson

Case number (if know)   16-10459-RGM

---

**4.17**

Scorpion Design, LLC
Nonpriority Creditor's Name
Dept. 3498
P.O. Box 123498
Dallas, TX 75312-3498
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

Unknown

**When was the debt incurred?**   2012-2016

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Business expenses, advertising

---

**4.18**

The Lien Resolution Group
Nonpriority Creditor's Name
250 W. Nyack Rd., Suite 240
West Nyack, NY 10994
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

$2,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Case expenses, lienwork on case liens

---

**4.19**

Torris Legal Services
Nonpriority Creditor's Name
P.O. Box 18647
Washington, DC 20036
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

$1,709.50

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Case expenses, service of process services

---

Debtor 1   Michael Moureau Wilson
Case number (if know)   16-10459-RGM

---

**4.20**

U.S. Dept. of Education
Nonpriority Creditor's Name
P.O. Box 105028
Atlanta, GA 30348-5028
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   1956

When was the debt incurred?   1970-1986

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

$123,962.25

Student loan

---

**4.21**

U.S. Legal Support
Nonpriority Creditor's Name
200 W. Jackson Blvd.
Suite 600
Chicago, IL 60606
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Case expenses, medical records

$4,646.97

---

**Part 3:**   List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Alan Scott Gregory, Esq.
7600 Georgia Ave., NW, #412
Washington, DC 20012

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.13 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Duane R. Demers, Esq.
Mitchell Rubenstein & Assoc.
12 S. Summit Ave., Suite 250
Gaithersburg, MD 20877

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.13 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Eileen T. Rohan, Esq.
441 E. Allen St.
Hudson, NY 12543

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.14 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Immediate Credit Recovery Inc.

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.20 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims

---

| Debtor 1 | Michael Moureau Wilson | Case number (if know) | 16-10459-RGM |

P.O. Box 965363
Marietta, GA 30066

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Joseph, Greenwald & Laake P.A.
Attn:  Veronica Nannis, Esq.
6404 Ivy Ln., Suite 400
Greenbelt, MD 20770

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
NCS, LLC
P.O. Box 1787
1340 12th Ave.
Longview, WA 98632

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Peter Ramsey Helt, Esq.
Baylinson Kudysh Greenberg
303 S. Main St., LL
Mount Airy, MD 21771

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Schlanger & Schlanger, LLP
1025 Westchester Ave.
Suite 108
West Harrison, NY 10604

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Tessa L. Frederick, Esq.
Miles & Stockbridge PC
10 Light St.
Baltimore, MD 21202

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | **Total Claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  |  | **Total Claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 123,962.25 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 6,632,013.16 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 6,755,975.41 |

---

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Michael Moureau Wilson |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | 16-10459-RGM |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Annie B. Hirsch, Esq.<br>Hirsch & Cosca, P.C.<br>8401 Colesville Rd., Suite 630<br>Silver Spring, MD 20910 | The debtor has a fee splitting agreement with this law firm on the following cases: Adams 1850ad; Fletcher 1804fl*; McKenzie 1798mc; Morrisey 1727mo; Mroczka 1847mr |
| 2.2 | Cary J. Hansel, Esq.<br>Hansel Law, P.C.<br>2514 N. Charles St.<br>Baltimore, MD 21218 | The debtor has a fee splitting agreement with this law firm on the following cases: Bradsher 1791br; Jones Twins 1774jo; Morrisey 1727mo; Naar 1851na; Stephenson 1734st; Uwazie 1812uw |
| 2.3 | Craig D. Miller, Esq.<br>Simeone & Miller, LLP<br>1130 Connecticut Ave., NW #350<br>Washington, DC 20036 | The debtor has a fee splitting agreement with this law firm on the following cases: Abdelgheny 1836ab; Britt 1842br; Lucas 1721lu |
| 2.4 | Equity Residential<br>WaterPark Towers<br>1501 Crystal Dr.<br>Arlington, VA 22202 | Debtor is a tenant under a residential lease expiring 8/31/16, at the rental rate of $3,330/mo. |
| 2.5 | Hall & Sethi, PLC<br>11260 Roger Bacon Dr., #400<br>Reston, VA 20190 | The debtor has a fee splitting agreement with this law firm on the following cases: Chase 1719ch; Dalton 1733da; Nawad 1759na; Portillo 1681po; Thankey 1599th |
| 2.6 | James C. Bailey, Esq.<br>Bailey & Ehrenberg<br>1015 18th St., NW, #204<br>Washington, DC 20036 | The debtor has a fee splitting agreement with this law firm on the following cases: Alegra 1822al; Avila 1742av; Beach 1814be; Gottlieb 1764go; Hernandez 1797he; Johnson 1740jo; Otero 1715ot; Pieper 1759pi; Reid 1805re; Suarez 1848su; Thibault 1731th |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   Michael Moureau Wilson                                    Case number (if known)   16-10459-RGM

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.7 John C. Lowe, Esq.<br>5920 Searl Terrace<br>Bethesda, MD 20816 | The debtor has a fee splitting agreement with this law firm on the following case: Garcia 1617co |
| 2.8 Joseph, Greenwald & Laake, PA<br>6404 Ivy Ln., Suite 400<br>Greenbelt, MD 20770 | The debtor has a fee splitting agreement with this law firm on the following cases: Carmichael 1135ca; Herrod 1600he; Nailor 1685na; Nettey 1649ne; Posey 1642po; Reed 1451re; Reis 1754re |
| 2.9 Karl J. Protil, Jr., Esq.<br>Shulman Rogers<br>12505 Park Potomac Ave. 6th Fl<br>Potomac, MD 20854 | The debtor has a fee splitting agreement with this law firm on the following cases: Beard 1647be; MacDonald 1680ma; McPeak 1800 mc |
| 2.10 Margaret Battersby Black, Esq.<br>Levin & Perconti<br>325 N. LaSalle, Suite 450<br>Chicago, IL 60654 | The debtor has a fee splitting agreement with this law firm on the following case: Bell 1559be |
| 2.11 Paul Wiesenfeld, Esq.<br>932 Hungerford Dr., #20<br>Rockville, MD 20850 | The debtor has a fee splitting agreement with this law firm on the following cases: Baker 1807ba; Yaich 1782ya |
| 2.12 Prudence, LLC<br>P.O. Box 79430<br>Baltimore, MD 21279 | Debtor (and his sole proprietorship law firm) is a tenant under a commercial lease expiring 9/30/19, at the rental rate of $13,640.62/mo. |
| 2.13 PS Business Parks<br>7927 Jones Branch Dr.<br>Suite 1300<br>Tysons, VA 22102 | Debtor (and his sole proprietorship law firm) is a tenant under a month-to-month warehouse lease at the rental rate of $5,000/mo. |
| 2.14 Ronald I. Kaplan, MD, JD<br>Kaplan & Lukowski, LLP<br>333 Sandy Springs Cir., #200<br>Atlanta, GA 30328 | The debtor has a fee splitting agreement with this law firm on the following case: Cox, Crystal 1841co |
| 2.15 Sutherland & Brinster, PA<br>5305 Village Center Dr.<br>Suite 216<br>Columbia, MD 21044-2385 | The debtor has a fee splitting agreement with this law firm on the following cases: Blakeney 1739bl; Crawley 1694cr; DaCosta 1849da; Gay 1619ga; Gervais 1638ge; Harris 1632ha; MacDonald 1680ma; McHugh 1730mc; Pitamber 1765pi; Plowden 1744pl; Sullivan 1745su; Swift 1828sw; Taylor 1732ta; Trehern 1823tr; Turner 1770tu; Van Dyke 1776va; Washington 1703wa; Watson 1796wa; White 1708wh; Williams 1772wi; Wilson 1728wi |

**Fill in this information to identify your case:**

Debtor 1        Michael Moureau Wilson
                First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number    16-10459-RGM
(if known)

☐ Check if this is an
  amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                        12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 _____<br>Name<br><br>_____<br>Number    Street<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| 3.2 _____<br>Name<br><br>_____<br>Number    Street<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Michael Moureau Wilson |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (If known) | 16-10459-RGM |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income                                            12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:        Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | Medical malpractice attorney | |
| **Employer's name** | Michael M. Wilson, M.D., J.D., & Assocs. | Self-employed |
| **Employer's address** | 1120 19th St., NW, Suite LL-11 Washington, DC 20036 | Please see attached profit and loss income statement in lieu of Schedules I & J |
| **How long employed there?** | 26 years | |

### Part 2:        Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $            0.00 | $            0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$            0.00 | +$            0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $            0.00 | $            0.00 |

Debtor 1    Michael Moureau Wilson                                          Case number (*if known*)    16-10459-RGM

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |

**5.** List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

**6.** **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

**7.** **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

**8.** List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ -2,647.56 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |

**9.** **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ -2,647.56    $ 0.00

**10.** **Calculate monthly income.** Add line 7 + line 9.    10.    $ -2,647.56    + $ 0.00    = $ -2,647.56
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                              11.    +$ 0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ -2,647.56

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?
■ No.
☐ Yes. Explain:

## 2015 Profit & Loss Income Statement – Final

| Income and Interest | |
|---|---|
| B&E | 80000.00 |
| CNMC | 3000000.00 |
| Hall & Sethi | 35980.70 |
| Hansel Law | 3029.52 |
| Howard U. | 3000000.00 |
| JGL | 203954.62 |
| Suntrust Bank Interest | 30.97 |
| Total: | **$6,322,995.81** |
| | |
| | |
| **EXPENSES** | |
| W-2s | 107884.90 |
| 1096 | 267989.62 |
| Client Settlement Income (RK) | 2169043.70 |
| Attorney Fee to Co-Counsel (JGL) | 1343064.76 |
| Liens in RK Case: HSCSN, and DC Medicaid | 1055112.56 |
| Golden Pear Funding Repayment from Settlement | 172749.80 |
| Advertising: Scorpion $68,000 ; Google PPC $199,000 | 267000.00 |
| Advertising: SuperMedia repayment | 22900.00 |
| Case Expenses: Legal Services; Planet Depos | 3922.34 |
| Case Expenses: Lien Resolution Group | 2000 |
| Case Expenses: Legal Services; Torri's Legal Services | 5588.50 |
| Case Expenses: Medical Records; US Legal Support and Verisk | 15819.04 |
| Case Expenses: Medical Services; M. Carrier, R. Cowles, K. Jones, RL | 9123.75 |
| Case Expenses: Medical Transcription Services | 65 |
| Case Expenses: Attorney W. Elam Case Expense Reimbursement | 3,942.01 |
| Case Expenses: Attorney J. Lowe Case Expense Reimbursement | 5167.28 |
| Case Expenses: Attorney Sutherland Expense Reimbursement | 1800.01 |
| Cash Advances to Clients for necessary case expenses: | 3500 |
| Computer Supplies: NewEgg, Dragon, DropBox, Samsung, etc. | 25000 |
| Consultant: Caldwell Computer Consultants | 16246 |
| Consultant: Victor Moya, Bill Welch | 475 |
| Consultant: Attorney Lynn Zussman | 200 |
| Copier: Digital Copier Super Center | 8300.00 |
| Copier Servicing – Canon | 1261.06 |
| Copier Servicing – Reach Technologies | 1854.20 |
| Copying; e-Discovery | 9195.41 |
| Copying; Printing – Minuteman | 602.00 |
| Drycleaners etc | 350 |
| Dues and Professional Seminars | 1150 |
| Employee Health Insur; AETNA, Vision, Dental, Privia | 5684 |
| Employee Health Insurance; CareFirst | 2841.84 |
| Employee Owner Health Insurance, Medical, Privia, Rx | 17885.00 |
| Employee Payroll ADP Processing Expenses | 2653 |
| Filing Fees – US District and DC Superior | 835.00 |
| Home: Apartment Rent | 30212.06 |

| | |
|---|---|
| Home: Florida House – Expenses; Maintenance | 13800.00 |
| Home: Florida House – Payments/Mortgage | 31198.12 |
| Insurance – American Bankers Insurance Company | 185.00 |
| Insurance – The Hartford | 1199.00 |
| Insurance – Premium Assignment | 8398.15 |
| Insurance – Travelers | 4598.00 |
| Insurance – Umbrella Policy; Geico | 437.00 |
| Insurance – Vehicles, Auto; Geico | 4334.95 |
| Legal Fees: –  Shook Hardy, JGL, Tucker Griffin Barnes, Zuckerman | 83319.88 |
| Loan Repayment:  CC, JWs | 191344.25 |
| Maintenance: A-1 Repairs, Potomac Mechanical Contractors, other | 1500 |
| Misc.  – Holiday Supplies, Cards and Gifts | 500 |
| Office Rent – Prudence LLC | 160723.71 |
| Office Supplies: ULine, Amazon, Costco, SamsClub, Staples Target, PayPal, etc. | 80,000 |
| Office Supplies: Intuit – checks and related materials | 568 |
| Parking – PMI, Tips to Attendants, Client Parking | 13,000 |
| Pitney Bowes/Purchase Power/Postage Meter /Postage | 1950 |
| Research, Legal:  LexisNexis, Thomson West Publishing | 1978.45 |
| Sports Club and Sports Club Supplies | 5200 |
| Subscriptions, Magazines, Newspapers | 1400 |
| SunTrust Overdraft and Maintenance Fees | 340.00 |
| Taxes: Pers. Property Tax - Vehicles, Arlington County | 2312.12 |
| Taxes:  IRS | 5234.93 |
| Textbooks Supplies, Guerilla Discovery | 198 |
| Travel:  Airfare, Hotels, Taxis, Ubers, Drivers, Restaurants, Etc | 6300.00 |
| Vehicles; Toyota | 17325.94 |
| Vehicle; Registration, License – DMV | 192.00 |
| Utilities; Datawatch | 1016.23 |
| Utilities; DirecTv and Nards Entertainment | 3436 |
| Utilities; GHA Technologies | 1956.38 |
| Utilities; Internet; Paetec/Windstream | 18691.76 |
| Utilities; Verizon, Verizon Mobil, Sprint, A&T | 11,000 |
| Utilities; Zayo   (formerly AboveNet) | 31417.46 |
| UPS, FedX, other Delivery Services and Packing Materials | 9,500 |
| Warehouse Rent (PS Business Parks) | 57793.33 |
| Warehouse Utilities and Supplies: Dominion Power, etc. | 1000 |
| **TOTAL EXPENSES** | **$6,354,766.50** |
| | |
| Gross Income | **6322995.81** |
| -     Total Expenses = | 6354766.50 |
| Net Income | **<$31,770.69>** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Michael Moureau Wilson |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (If known) | 16-10459-RGM |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**     ■ No

    Do not list Debtor 1 and Debtor 2.        ☐ Yes.  Fill out this information for each dependent..............

    Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**     ■ No     ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.        4. $ _____ 0.00

    **If not included in line 4:**

    4a.    Real estate taxes                                                     4a. $ _____ 0.00
    4b.    Property, homeowner's, or renter's insurance                          4b. $ _____ 0.00
    4c.    Home maintenance, repair, and upkeep expenses                         4c. $ _____ 0.00
    4d.    Homeowner's association or condominium dues                           4d. $ _____ 0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans     5. $ _____ 0.00

Debtor 1    Michael Moureau Wilson

Case number (if known)    16-10459-RGM

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 0.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 0.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 0.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 0.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | -2,647.56 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 0.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -2,647.56 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael Moureau Wilson |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | 16-10459-RGM |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | |
|---|---|
| X /s/ Michael Moureau Wilson | X |
| Michael Moureau Wilson | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date March 14, 2016 | Date |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael Moureau Wilson |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | 16-10459-RGM |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

☐ Married
■ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2      Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    Michael Moureau Wilson

Case number (*if known*)    16-10459-RGM

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2015 ) | ☐ Wages, commissions, bonuses, tips ■ Operating a business | $6,322,995.81 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2014 ) | ☐ Wages, commissions, bonuses, tips ■ Operating a business | $1,043,324.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ■ No
    ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below.. | **Gross income** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?
    ☐ No.    Go to line 7.
    ■ Yes    List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Bank of America, N.A. P.O. Box 15222 Wilmington, DE 19886 | 11/12/15, 11/25/15, 12/29/15, 1/20/16, 2/1/16 | $15,394.91 | $171,527.89 | ■ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Michael Moureau Wilson | | Case number *(if known)* | 16-10459-RGM |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Caldwell Consultants<br>209 Midshipman Cir.<br>Stafford, VA 22554 | Monthly over last 90 days | $10,000.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other_Ongoing services_ |
| Capitol Capital LLC<br>1344 E. Capitol St., NE<br>Washington, DC 20036 | 1/20/16 ($3,000);<br>12/14/15 ($3,000);<br>11/20/15 ($10,000);<br>11/12/15 ($3,000) | $19,000.00 | Unknown | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other_Business expense,<br>cash advances_ |
| Google PPC<br>c/o Scorpion LLC<br>Dept. 3498<br>P.O. Box 123498<br>Dallas, TX 75312 | Payments over last 90 days | $40,000.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other_Ongoing advertising<br>services_ |
| Health Information Resources, Inc.<br>1500 Forest Ave., Suite 220<br>Henrico, VA 23229 | 11/25/15 | $10,485.62 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other_Case expense,<br>expert witness fees_ |
| Paetec/Windstream<br>P.O. Box 9001013<br>Louisville, KY 40290-1013 | 2/9/16 ($5,000);<br>1/21/16<br>($1,775.78);<br>12/29/15<br>($3,491.29);<br>11/12/15<br>($1,745.92) | $12,012.99 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other_Business expense,<br>phone company_ |
| Prudence LLC<br>c/o Lincoln Property Company<br>910 17th St., NW, Penthouse<br>Washington, DC 20006 | 12/1/15, 12/30/15,<br>2/1/16 | $80,000.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other_Commercial<br>premises lease_ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Michael Moureau Wilson | | Case number (*if known*) | 16-10459-RGM |
|---|---|---|---|---|

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| PS Business Parks<br>7927 Jones Branch Dr., Suite 1300<br>McLean, VA 22102 | 12/1/15 & 1/3/16 | $24,000.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  Warehouse lease obligation |
| Scorpion Design, LLC<br>Dept. 3498<br>P.O. Box 123498<br>Dallas, TX 75312-3498 | 12/3/15 ($6,000);<br>11/11/15 ($6,000) | $12,000.00 | Unknown | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  Business expense, advertising |
| U.S. Legal Support<br>200 W. Jackson Blvd.<br>Suite 600<br>Chicago, IL 60606 | See attached | $14,933.54 | $4,646.97 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  Case expense, medical records |
| Zayo Group<br>400 Centennial Pkwy., Suite 200<br>Louisville, CO 80027 | 2/9/16 ($5,000);<br>12/16/15 ($7,132) | $12,132.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  Business expense, internet provider |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| Debtor 1 | Michael Moureau Wilson | Case number *(if known)* | 16-10459-RGM |

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| WJLA v. Slocumb and Wilson, et al.<br>Case No. 2014 CA 007568 C | Third-party complaint | District of Columbia Superior Court<br>500 Indiana Ave., NW<br>Washington, DC 20001 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| John C. Lowe v. Michael M. Wilson<br>GV1500 3919-00 | Warrant in debt | Albemarle General District Court<br>501 E. Jefferson St.<br>Charlottesville, VA 22902 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Lexis Nexis v. Wilson, et al.<br>2:13-cv-04868 | Civil complaint | U.S. District Court<br>District of New New Jersey | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Settled and paid on 5/8/15 |
| New Amsterdam Capital Partners, LLC v. Wilson, et al.<br>1:11-cv-09716-RLE | Civil complaint, with counterclaim pending | U.S. District Court<br>Southern District of New York | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

Debtor 1    Michael Moureau Wilson

Case number *(if known)*    16-10459-RGM

---

**Part 5:**    **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:**    **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:**    **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| InCharge Debt Solutions | $25 | 2/4/16 | $25.00 |
| Tyler, Bartl, Ramsdell & Counts, P.L.C.<br>300 N. Washington St., Suite 202<br>Alexandria, VA 22314 | $7,500, plus $356 in applicable filing fees | 2/10/16 ($356); 1/29/16 ($7,500) | $7,856.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not

Debtor 1    Michael Moureau Wilson                                    Case number *(if known)*    16-10459-RGM

include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Person's relationship to you** | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

<h2>Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units</h2>

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|
| PS Business Parks 7927 Jones Branch Dr. Suite 1300 McLean, VA 22102 | Debtor | Miscellaneous household goods and furnishings, including old clothing, bicycle helmet, tupperware bowls, coat hangers, fan, hand truck, bicycle pump, and magazines | ☐ No ■ Yes |

<h2>Part 9:    Identify Property You Hold or Control for Someone Else</h2>

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
■ Yes. Fill in the details.

| Owner's Name Address *(Number, Street, City, State and ZIP Code)* | Where is the property? *(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 7

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Madelen A. McIntosh<br>1501 Crystal Dr., #529<br>Arlington, VA 22202-4199 | Debtor's residence | Debtor has mutual possession of, and control over, miscellaneous personal belongings of his significant other, with whom he resides | Unknown |
| Debtor's clients/escrow beneficiaries | SunTrust Bank | Debtor's law firm trust account | Unknown |

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No
   ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

   ☑ No
   ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ☑ No
   ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:** Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor 1 | Michael Moureau Wilson | Case number *(if known)* | 16-10459-RGM |
|---|---|---|---|

☐ **No. None of the above applies.** Go to Part 12.

☑ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Michael M. Wilson, M.D., J.D. & Assoc.<br>1120 19th St., NW, Suite LL-11<br>Washington, DC 20036-3605 | Law firm<br><br>Madelen A. McIntosh | **EIN:**   XXX-XX-9992<br><br>**From-To**  7/1/86-present |

**28.** **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ **No**

☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
|  |  |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ Michael Moureau Wilson | |
|---|---|
| Michael Moureau Wilson | Signature of Debtor 2 |
| **Signature of Debtor 1** | |

| **Date**   March 14, 2016 | **Date** |
|---|---|

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☐ No
☑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| | USL | | | |
|---|---|---|---|---|
| Expense Table Number | Case Name | Description | Amount | Date Paid |
| 26123 | Hernandez, Benjamin (Infant); Selvin Hernandez (father); Patricia Reyes (mother) | check 11014 U.S. Legal Support $60.50 Inv 1094379 Order 489605.002 | $60.50 | Wednesday, November 25, 2015 |
| 26124 | Thibault, Alison (Wife); Jeremy Thibault (Husband) | check 11015 U.S. Legal Support $56 Inv 1094149 Order 483794.014 | $56.00 | Wednesday, November 25, 2015 |
| 26125 | Uwazie, Olanma (daughter); Uwazie Obigaeli (mother) | check 11016 U.S. Legal Support $395.16 Inv 1094082 Order 490604.001 | $395.16 | Wednesday, November 25, 2015 |
| 26172 | Stephenson, Terrell (infant); Andrea Zapata (mother of infant); Claudia Zapata (GM of Infant) | check 11064 US Legal Support $71 Inv 1101906; Order No. 492654.003 | $71.00 | Wednesday, December 16, 2015 |
| 26173 | Hernandez, Benjamin (Infant); Selvin Hernandez (father); Patricia Reyes (mother) | check 11065 US Legal Support $74 Inv 1102926; Order No. 489609.002 | $74.00 | Wednesday, December 16, 2015 |
| 26174 | Yaich, Nizar | check 11066 US Legal Support $54 Inv 1097812, Order 484572.005 | $54.00 | Wednesday, December 16, 2015 |
| 26175 | Avila, Steven | check 11067 US Legal Support $81.40 , Invoice 1082155; Order 488772.002 | $81.40 | Wednesday, December 16, 2015 |
| 26178 | Avila, Steven | check 11070 US Legal Support $88.98, Invoice 1101444; Order 488726.010 | $88.98 | Wednesday, December 16, 2015 |
| 26179 | Rivero, Maria (Wife); Paul Rivero (Husband) | check 11071 US Legal Support $75.26 Invoice 1101550; Order 490285.004 | $75.26 | Wednesday, December 16, 2015 |
| 26180 | Graves, Robert | check 11072 US Legal Support $128.88 Invoice 1081383; Order 490143.005 | $128.88 | Wednesday, December 16, 2015 |
| 26181 | Rivero, Maria (Wife); Paul Rivero (Husband) | check 11073 US Legal Support $805.02 Invoice 1078722; Order 490285.001 | $805.02 | Wednesday, December 16, 2015 |
| 26185 | Thibault, Alison (Wife); Jeremy Thibault (Husband) | check 11078 US Legal Support $565.69 Inv 1060777 Order 483794.020 | $565.69 | Wednesday, December 16, 2015 |
| 26186 | Thibault, Alison (Wife); Jeremy Thibault (Husband) | check 11079 US Legal Support $455.97 Inv 1055767 Order 483794.004 | $455.97 | Wednesday, December 16, 2015 |
| 26229 | Beach, Abigail (infant); Beach, Tiffany (mother) | check 11122 U.S. Legal Support Inc $139.70 Inv 1081677 Order 491291.001 | $139.70 | Monday, January 04, 2016 |
| 26230 | Beach, Abigail (infant); Beach, Tiffany (mother) | check 11123 U.S. Legal Support Inc $134.20 Inv 1087123 Order 491295.004 | $134.20 | Monday, January 04, 2016 |
| 26231 | Hernandez, Benjamin (Infant); Selvin Hernandez (father); Patricia Reyes (mother) | check 11124 U.S. Legal Support $81.40 Inv 1065708; Order No. 487535.002 | $81.40 | Monday, January 04, 2016 |
| 26232 | Hernandez, Benjamin (Infant); Selvin Hernandez (father); Patricia Reyes (mother) | check 11125 U.S. Legal Support $$59.40 Inv 1064031; Order 487538.003 | $59.40 | Monday, January 04, 2016 |
| 26234 | Graves, Robert | check 11145 U.S. Legal Support $100.83 Invoice 1082948 Order No. 490143.001 | $100.83 | Monday, January 11, 2016 |
| 26235 | Graves, Robert | and U.S. Legal Support $59.40 Invoice 1079036 Order No. 490143.002 | $59.40 | Monday, January 11, 2016 |
| 26236 | Graves, Robert | and U.S. Legal Support $88.55 Invoice 1084874 Order No. 490143.004 | $88.55 | Monday, January 11, 2016 |
| 26237 | Shode, Hassan | check 11144 U.S. Legal Support $81.40 Invoice 1082978 Order No. 490662.001 | $81.40 | Monday, January 11, 2016 |
| 26238 | Morrisey, Rashaad (minor son); Tonya Morrisey (mother) | check 11141 U.S. Legal Support $50.60 Invoice 1056698 Order No. 479359.004 | $50.60 | Monday, January 11, 2016 |
| 26239 | Yaich, Nizar | check 11142 $391.45 U.S. Legal Support $105.60 Invoice 1059284 Order No. 484572.001 | $391.45 | Monday, January 11, 2016 |
| 26243 | Uwazie, Olanma (daughter); Uwazie Obigaeli (mother) | check 11143 $144.94 U.S. Legal Support $75.35 Invoice 1077791 Order No. 490604.004 | $144.94 | Monday, January 11, 2016 |

| | | USL | | |
|---|---|---|---|---|
| **Expense Table Number** | **Case Name** | **Description** | **Amount** | **Date Paid** |
| 26245 | Beach, Abigail (infant); Beach, Tiffany (mother) | check 11133 U.S. Legal Support $462.59 Invoice 1087116 Order No. 491291.002 | $462.59 | Wednesday, January 06, 2016 |
| 26246 | Beach, Abigail (infant); Beach, Tiffany (mother) | check 11134 U.S. Legal Support $72.60 Invoice 1084845 Order No. 491295.007 | $72.60 | Wednesday, January 06, 2016 |
| 26254 | Thibault, Alison (Wife); Jeremy Thibault (Husband) | check 11127 U.S. Legal Support $99.28 Invoice 1070551 Order No. 483794.049 | $99.28 | Thursday, January 07, 2016 |
| 26255 | Hernandez, Benjamin (Infant); Selvin Hernandez (father); Patricia Reyes (mother) | 11128 U.S. Legal Support $81.40 Invoice 1065708 Order No. 487535.002 | $81.40 | Thursday, January 07, 2016 |
| 26256 | Hernandez, Benjamin (Infant); Selvin Hernandez (father); Patricia Reyes (mother) | check 11129 U.S. Legal Support $61.60 Invoice 1061716 Order No. 487535.001 | $61.60 | Thursday, January 07, 2016 |
| 26257 | Hernandez, Benjamin (Infant); Selvin Hernandez (father); Patricia Reyes (mother) | check 11130 U.S. Legal Support $81.40 Invoice 1065081 Order No. 487538.002 | $81.40 | Thursday, January 07, 2016 |
| 26258 | Hernandez, Benjamin (Infant); Selvin Hernandez (father); Patricia Reyes (mother) | duplicate check 11131 U.S. Legal Support $59.40 Invoice 1064031 Order No. 487538.003 | $59.40 | Thursday, January 07, 2016 |
| 26259 | Hernandez, Benjamin (Infant); Selvin Hernandez (father); Patricia Reyes (mother) | Check 11132 U.S. Legal Support $308.90 Invoice 1083477 Order No. 489609.001 | $308.90 | Thursday, January 07, 2016 |
| 26263 | Thibault, Alison (Wife); Jeremy Thibault (Husband) | check 11140 U.S. Legal Support $4462.64 1056122, 1056158, 1056279, 1057442, 1057706, 1058277, 1059118, 1059413, 1060302, 1060786, 1061502, 1061805, 1063553, 1065178, 1065468, 1065544, 1066603, 1067930, 1067988, 1068825, 1073995, 1074837, 1075637, | $4,462.64 | Monday, January 11, 2016 |
| | | | $9,933.54 | |
| * | Payment to be applied to back invoices; email to USL for balance/invoices due: | Certified Check 0325031244; invoices 1066260, 1066985, 1067837, 1067878,  1068829, 1068938, 1070010, 1070085, 1070257, 1070976, 1071318, 1073009, 1073126, 1073282, 1073378, 1079777, 1080188, 1080941, 1082718, 1083139, 1083190, 1084570, 1085252, 1085259, 1085636, 1086220, 1086937, 1087287, | $5,000 | Check Dated 2/9/2016 |
| | | | $14,933.54 | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael Moureau Wilson |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | 16-10459-RGM |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7
12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| **Creditor's name:** Bank of America, N.A.<br><br>**Description of property securing debt:** 10507 Homestead Dr. Tampa, FL 33618-4007  Hillsborough County | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: Make regular payments without formal reaffirmation agreement | ■ No<br><br>☐ Yes |
| **Creditor's name:** Toyota Financial Services<br><br>**Description of property securing debt:** 2013 Toyota Sienna 10,550 miles | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: Make regular payments without formal reaffirmation agreement | ☐ No<br><br>■ Yes |
| **Creditor's name:** Toyota Financial Services<br><br>**Description of property** 2015 Toyota Sienna 1,176 miles | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No<br><br>☐ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor 1 | Michael Moureau Wilson | | Case number *(if known)* | 16-10459-RGM |
|---|---|---|---|---|

| property<br>securing debt: | ■
| Retain the property and [explain]:<br>Make regular payments without formal<br>reaffirmation agreement |
|---|---|

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill
in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended.
You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

| Lessor's name: | Annie B. Hirsch, Esq. | ☐ No<br>■ Yes |
|---|---|---|

| Description of leased Property: | The debtor has a fee splitting agreement with this law firm on the following cases:  Adams 1850ad; Fletcher 1804fl*; McKenzie 1798mc; Morrisey 1727mo; Mroczka 1847mr | |
|---|---|---|

| Lessor's name: | Cary J. Hansel, Esq. | ☐ No<br>■ Yes |
|---|---|---|

| Description of leased Property: | The debtor has a fee splitting agreement with this law firm on the following cases:  Bradsher 1791br; Jones Twins 1774jo; Morrisey 1727mo; Naar 1851na; Stephenson 1734st; Uwazie 1812uw | |
|---|---|---|

| Lessor's name: | Craig D. Miller, Esq. | ☐ No<br>■ Yes |
|---|---|---|

| Description of leased Property: | The debtor has a fee splitting agreement with this law firm on the following cases:  Abdelgheny 1836ab; Britt 1842br; Lucas 1721lu | |
|---|---|---|

| Lessor's name: | Hall & Sethi, PLC | ☐ No<br>■ Yes |
|---|---|---|

| Description of leased Property: | The debtor has a fee splitting agreement with this law firm on the following cases:  Chase 1719ch; Dalton 1733da; Nawad 1759na; Portillo 1681po; Thankey 1599th | |
|---|---|---|

| Lessor's name: | James C. Bailey, Esq. | ☐ No<br>■ Yes |
|---|---|---|

| Description of leased Property: | The debtor has a fee splitting agreement with this law firm on the following cases:  Alegra 1822al; Avila 1742av; Beach 1814be; Gottlieb 1764go; Hernandez 1797he; Johnson 1740jo; Otero 1715ot; Pieper 1759pi; Reid 1805re; Suarez 1848su; Thibault 1731th | |
|---|---|---|

| Lessor's name: | John C. Lowe, Esq. | ☐ No<br>■ Yes |
|---|---|---|

Description of leased

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | Michael Moureau Wilson | Case number *(if known)* | 16-10459-RGM |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Property: | The debtor has a fee splitting agreement with this law firm on the following case: Garcia 1617co | | |
| Lessor's name: | Joseph, Greenwald & Laake, PA | ☐ No<br>■ Yes | |
| Description of leased Property: | The debtor has a fee splitting agreement with this law firm on the following cases: Carmichael 1135ca; Herrod 1600he; Nailor 1685na; Nettey 1649ne; Posey 1642po; Reed 1451re; Reis 1754re | | |
| Lessor's name: | Karl J. Protil, Jr., Esq. | ☐ No<br>■ Yes | |
| Description of leased Property: | The debtor has a fee splitting agreement with this law firm on the following cases: Beard 1647be; MacDonald 1680ma; McPeak 1800 mc | | |
| Lessor's name: | Margaret Battersby Black, Esq. | ☐ No<br>■ Yes | |
| Description of leased Property: | The debtor has a fee splitting agreement with this law firm on the following case: Bell 1559be | | |
| Lessor's name: | Paul Wiesenfeld, Esq. | ☐ No<br>■ Yes | |
| Description of leased Property: | The debtor has a fee splitting agreement with this law firm on the following cases: Baker 1807ba; Yaich 1782ya | | |
| Lessor's name: | Ronald I. Kaplan, MD, JD | ☐ No<br>■ Yes | |
| Description of leased Property: | The debtor has a fee splitting agreement with this law firm on the following case: Cox, Crystal 1841co | | |
| Lessor's name: | Sutherland & Brinster, PA | ☐ No<br>■ Yes | |
| Description of leased Property: | The debtor has a fee splitting agreement with this law firm on the following cases: Blakeney 1739bl; Crawley 1694cr; DaCosta 1849da; Gay 1619ga; Gervais 1638ge; Harris 1632ha; MacDonald 1680ma; McHugh 1730mc; Pitamber 1765pi; Plowden 1744pl; Sullivan 1745su; Swift 1828sw; Taylor 1732ta; Trehern 1823tr; Turner 1770tu; Van Dyke 1776va; Washington 1703wa; Watson 1796wa; White 1708wh; Williams 1772wi; Wilson 1728wi | | |

| Part 3: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | Michael Moureau Wilson | | Case number *(if known)* | 16-10459-RGM |

**X** /s/ Michael Moureau Wilson

Michael Moureau Wilson

Signature of Debtor 1

**X**

Signature of Debtor 2

Date    March 14, 2016

Date

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy