UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| MICHAEL M. WILSON, ) | Case No. 16-10459-RGM |
| ) | (Chapter 7) |
| Debtor. ) | |
| _____) | |

### ORDER GRANTING IN PART MOTION FOR AN ORDER DIRECTING THE TRUSTEE TO RELEASE EXEMPT FUNDS

UPON CONSIDERATION of the Debtor's Motion For An Order Directing The Trustee To Release Exempt Funds (the "Motion"); and it

APPEARING after proper service that no objections or other responses have been raised by any creditors or parties in interest, except for the Trustee's Limited Objection (Docket #87), which does not pertain to the relief granted herein; and it further

APPEARING that by the endorsement of his undersigned counsel that the Trustee withdraws, on a limited basis, his Objections To Exemptions (Docket #51) filed in this case on April 20, 2016, and no longer opposes the Motion, limited, and only with respect to, the non-exempt funds in the possession of the Trustee as of June 28, 2016; and it further

APPEARING by the endorsement of their undersigned counsel that the Trustee and the Debtor are in agreement to the terms of this Order; it is

ORDERED that the Motion be, and the same hereby is, granted in part on the terms set forth herein; and it is further

ORDERED that upon the entry of this Order, the Trustee shall, forthwith, release to the Debtor the exempt funds (i.e. $110,527.19) in his possession, which represent 75% of the accounts receivable in the following client matters: (a) S— ($23,202.92); (b) Be— ($106,666.67); and (c) T

— ($17,500), but shall retain the non-exempt portion of such accounts receivable; and it is further

ORDERED that upon the receipt of $2,009.65 under the Order Granting Motion For Approval Of Agreement For Relief From Stay between the Trustee and Hall & Sethi, PLC, the Trustee shall, forthwith, release to the Debtor 75% of such amount (i.e. $1,507.24) and retain $502.41, representing the non-exempt portion of such funds; and it is further

ORDERED that the provisions of this Order shall not be stayed by any applicable law or rule of court; and it is further

ORDERED that the balance of the Motion be, and the same hereby is, continued to July 19, 2016 at 9:30 a.m. to be heard in conjunction with the hearing on the Trustee's Motion To Approve Settlement in this case.

Date: Jun 28 2016

/s/ Robert G. Mayer
_____
Robert G. Mayer
United States Bankruptcy Judge

Entered on Docket: eod 6/28/2016

WE ASK FOR THIS:

/s/Steven B. Ramsdell
Steven B. Ramsdell, VA Bar #33222
    Counsel to the Debtor
Tyler, Bartl, Ramsdell & Counts, P.L.C.
300 N. Washington St., Suite 202
Alexandria, VA 22314
(703) 549-5003

SEEN AND AGREED:

/s/Lauren F. McKelvey

Alexander M. Laughlin, VA Bar #25237
Lauren Friend McKelvey, VA Bar #78813
    Counsel to the Trustee
ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Ave., Suite 400
Reston, VA 20190
(703) 218-2134 (Mr. Laughlin)
(703) 218-2135 (Ms. McKelvey)

### CERTIFICATE OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)(1)

I hereby certify that this proposed order has been endorsed by all necessary parties.

                                    /s/Steven B. Ramsdell
                                    Steven B. Ramsdell