UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| **MICHAEL M. WILSON,** ) | Case No. 16-10459-RGM |
| ) | (Chapter 7) |
| Debtor. ) | |
| _____) | |

## ORDER GRANTING IN PART MOTION TO COMPEL REJECTION OF EXECUTORY CONTRACTS

UPON CONSIDERATION of the Debtor's Motion To Compel Rejection Of Executory Contracts (the "Motion"); and it

APPEARING after proper service that no objections or other responses have been raised by any creditors or parties in interest, except for the Trustee's Limited Objection (Docket #88), which does not pertain to the relief granted herein; and it further

APPEARING by the endorsement of their undersigned counsel that the Trustee and the Debtor are in agreement to the terms of this Order; it is

ORDERED that the Motion be, and the same hereby is, granted in part on the terms set forth herein; and it is further

ORDERED that the Debtor's co-counsel fee sharing agreements with John C. Lowe, Esquire be, and the same hereby are, rejected; and it is further

ORDERED that the balance of the Motion be, and the same hereby is, continued to July 19, 2016 at 9:30 a.m. to be heard in conjunction with the hearing on the Trustee's Motion To Approve Settlement in this case.

Date: Jun 28 2016

/s/ Robert G. Mayer
_____
Robert G. Mayer
United States Bankruptcy Judge

eod 6/28/2016

Entered on Docket: _____

WE ASK FOR THIS:

/s/Steven B. Ramsdell
Steven B. Ramsdell, VA Bar #33222
     Counsel to the Debtor
Tyler, Bartl, Ramsdell & Counts, P.L.C.
300 N. Washington St., Suite 202
Alexandria, VA 22314
(703) 549-5003

SEEN AND AGREED:

/s/Lauren F. McKelvey
Alexander M. Laughlin, VA Bar #25237
Lauren Friend McKelvey, VA Bar #78813
     Counsel to the Trustee
ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Ave., Suite 400
Reston, VA 20190
(703) 218-2134 (Mr. Laughlin)
(703) 218-2135 (Ms. McKelvey)

**CERTIFICATE OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)(1)**

I hereby certify that this proposed order has been endorsed by all necessary parties.

                                         /s/Steven B. Ramsdell
                                         Steven B. Ramsdell