**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Bankruptcy Case** |
| **MICHAEL MOUREAU WILSON** | ) | **No. 16-10459-BFK** |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |

**SECOND INTERIM APPLICATION FOR**
**COMPENSATION OF TRUSTEE'S ACCOUNTANT**

H. Jason Gold, Trustee, respectfully applies to the Court for entry of an Order awarding

his court-appointed accountant, Barry Strickland & Company, Certified Public Accountants,

compensation in the amount of $4,924.35 and reimbursement of out-of-pocket expenses in the

amount of $135.36.

1.      Appointment. By Order of this Court dated November 19, 2018, Barry Strickland

& Company, Certified Public Accountants, were authorized and designated to perform

accounting services for the Trustee.

2.      Services Rendered. The services rendered are set forth specifically in the attached

Statements that follow as "Exhibit A" and "Exhibit B."

3.      Compensation Agreement. Trustee's accountant has no agreement to share any

compensation with any persons.

4.      Compensation for Accountants. The rates between $345.00 and $360.00 for

accountants and $100.00 and $145.00 for para-professionals are fair and generally accepted rates

of compensation for services rendered by similarly qualified accountants.

---

*H. Jason Gold, Va Bar No. 19117*
*Bandar K. Al-Saif, Va Bar No. 100059*
*Odin Feldman & Pittleman, P.C.*
*1775 Wiehle Avenue, Suite 400*
*Reston, VA 20190*
*(703) 218-2144*

5.      Prior Compensation. Trustee's accountant has received prior compensation in the

amount of $7,395.20 for fees and $80.10 for the reimbursement of expenses.

Respectfully submitted,

*/s/ H. Jason Gold, Trustee*
H. Jason Gold, Trustee

**By:      */s/ Bandar K. Al-Saif***
**Bandar K. Al-Saif, Esquire (VSB No. 100059)**
**Counsel for Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Phone:  703-218-2144**
**Fax:      703-218-2160**
**bandar.al-saif@ofplaw.com**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Second Interim Application for Compensation of Trustee's Accountant, with exhibits attached, was sent this 1st day of December, 2025 (i) electronically upon all registered users pursuant to this Court's CM/ECF procedures; and (ii) by first-class mail, postage prepaid upon the Service List attached to the associated Notice of Hearing filed with the Court, and attached hereto for mailed service.

*/s/ Bandar K. Al-Saif*
Bandar K. Al-Saif

**Exhibit A**

## PROJECT SUMMARY

1. **Tax Returns/Issues:** Request updated Form 2; prepare the summary worksheet for 2020; draft, review, process, and final review of assembly of 2020 tax returns; request latest Forms 1 and 2; review forms; prepare 2021 tax returns to carry net operating loss forward; request latest Form 2; prepare 2022 tax returns; review and process 2021 and 2022 tax returns; final review of assembly of 2021 and 2022 tax returns; review the Virginia notice dated 3/24/23; prepare and scan the Power of Attorney to Trustee; Contract Virginia Department of Taxation; prepare letter of response to notice; attach copy of 2022 return; scan and email to Trustee; contact Virginia Department of Taxation for status of response to letter; follow-up with Virginia Department of Taxation regarding the notice of balance due; contact Virginia Department of Taxation and follow-up on 2022 tax liability; fax the letter of response to the Virginia representative directly to resolve issue; request latest Form 2; receive information from Trustee; start to summarize the transactions for 2023; prepare, review, process, and final review of assembly of 2023 tax returns; request updated Form 2; review Form 2; inquire about pursuing associated cases; prepare, review, process, and final return of assembly of 2024 tax returns; review files and follow-up with the Trustee for status of the case. These functions are required and necessary to the proper administration of the bankruptcy estate.

2. **Out of Pocket Expenses**: Costs incurred on behalf of the bankruptcy estate.

## SUMMARY OF TIME BY PROJECT

|     |                     | Hours | Average Rate Per Hour | Amount |
| --- | ------------------- | ----- | --------------------- | ------ |
| 1.  | Tax Returns/Issues  | 16.83 | $292.59               | $ 4,924.35 |
| 2.  | Expenses Due        |       |                       | 135.36 |
|     | Total               |       |                       | $ 5,059.71 |

**Exhibit B**

**TAX RETURNS/ISSUES**

| Date | Name | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 01/05/2021 | HUYNH, MEI-YING | 0.08 | Request updated Form 2 | $ 24.00 |
| 01/08/2021 | HUYNH, MEI-YING | 1.17 | Prepare the summary worksheet for 2020 | 351.00 |
| 01/08/2021 | HUYNH, MEI-YING | 0.83 | Draft the tax returns for 2020 | 249.00 |
| 01/12/2021 | CHAPPELL, BETSY | 0.50 | Review the 2020 tax returns | 150.00 |
| 01/14/2021 | WRIGHT, KENDALL | 0.50 | Process the 2020 tax returns | 47.50 |
| 01/14/2021 | HUYNH, MEI-YING | 0.50 | Final review of the assembly of 2020 tax returns and sign; scan and email a digital copy to the Trustee | 150.00 |
| 01/05/2022 | HUYNH, MEI-YING | 0.08 | Request the latest Forms 1 and 2 | 24.80 |
| 01/07/2022 | HUYNH, MEI-YING | 0.42 | Review Form 2 for transactions occurred in 2021; determine no tax return required | 130.20 |
| 01/09/2023 | HUYNH, MEI-YING | 0.08 | Request the latest Form 2 | 26.00 |
| 01/09/2023 | HUYNH, MEI-YING | 0.58 | Prepare the 2021 tax returns to carry net operating loss forward | 188.50 |
| 01/09/2023 | HUYNH, MEI-YING | 1.08 | Summarize the transactions for 2022 | 351.00 |
| 01/09/2023 | HUYNH, MEI-YING | 0.42 | Prepare the 2022 tax returns | 136.50 |
| 01/11/2023 | CHAPPELL, BETSY | 0.25 | Review the 2021 tax return | 81.25 |
| 01/12/2023 | MEADOR, HALLIE | 0.42 | Process the 2021 tax return | 39.90 |
| 01/12/2023 | CHAPPELL, BETSY | 0.42 | Review the 2022 tax return | 136.50 |
| 01/12/2023 | HUYNH, MEI-YING | 0.25 | Final review the assembly of 2021 estate return and sign | 81.25 |
| 01/20/2023 | MEADOR, HALLIE | 0.42 | Process the 2022 tax return | 39.90 |
| 01/20/2023 | HUYNH, MEI-YING | 0.33 | Final review the assembly of 2022 return and sign | 107.25 |
| 04/06/2023 | HUYNH, MEI-YING | 0.25 | Review the Virginia notice 3/24/23; prepare and scan the Power of Attorney to Trustee | 81.25 |
| 04/20/2023 | HUYNH, MEI-YING | 0.17 | Contact Virginia Department of Taxation about the notice dated 3/24/23 | 55.25 |
| 04/20/2023 | HUYNH, MEI-YING | 1.50 | Prepare the letter of response to Virginia notice; attach a copy of 2022 return; scan and email to Trustee | 487.50 |
| 05/25/2023 | HUYNH, MEI-YING | 0.17 | Contact Virginia Department of taxation for status of response letter we mailed in April 2023 | 55.25 |
| 07/20/2023 | HUYNH, MEI-YING | 0.17 | Follow up with Virginia Department of Taxation regarding the notice of balance due | 55.25 |
| 09/06/2023 | HUYNH, MEI-YING | 0.42 | Contact Virginia Department of Taxation and follow up the 2022 tax liability; fax the letter of response to the Virginia representative directly to resolve issue | 136.50 |
| 01/11/2024 | HUYNH, MEI-YING | 0.08 | Request the latest Form 2 | 26.80 |
| 01/12/2024 | HUYNH, MEI-YING | 0.33 | Receive information from Trustee; start to summarize transactions for 2023 | 110.55 |
| 01/12/2024 | HUYNH, MEI-YING | 1.42 | Prepare the estate tax return for 2023 | 475.70 |

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 01/19/2024 | CHAPPELL, BETSY | 0.75 | Review the 2023 tax return | 251.25 |
| 01/22/2024 | MEADOR, HALLIE | 0.42 | Process the 2023 tax return | 42.00 |
| 01/22/2024 | HUYNH, MEI-YING | 0.33 | Final review the assembly of 2023 tax returns and sign | 110.55 |
| 12/31/2024 | HUYNH, MEI-YING | 0.08 | Request updated Form 2 | 26.80 |
| 01/08/2025 | HUYNH, MEI-YING | 0.25 | Review Form 2; inquire about the pursuing associated cases | 86.25 |
| 01/16/2025 | HUYNH, MEI-YING | 0.67 | Prepare the estate tax return for 2024 | 231.15 |
| 01/20/2025 | CHAPPELL, BETSY | 0.33 | Review the 2024 tax return | 113.85 |
| 01/21/2025 | ZLOGOSHKA, ADRIANA | 0.58 | Process the 2024 tax return; prepare mailing and envelopes | 63.80 |
| 01/21/2025 | HUYNH, MEI-YING | 0.50 | Finalize the assembly of 2024 estate tax return; email an encrypted copy of return to Trustee | 172.50 |
| 11/10/2025 | HUYNH, MEI-YING | 0.08 | Review files; follow up with the Trustee for status | 27.60 |
| Subtotals: | | 16.83 | | 4,924.35 |

**XP:  OUT-OF-POCKET EXPENSES**

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 01/14/2021 | EXPENSES | 0.00 | Copies: 119 copies at $0.15 per page for the 2020 tax return | 17.85 |
| 01/14/2021 | EXPENSES | 0.00 | Postage: $8.25 in postage to mail the 2020 tax return to the Trustee | 8.25 |
| 01/12/2023 | EXPENSES | 0.00 | 84 copies at $0.15 cents each for 2021 tax return | 12.60 |
| 01/12/2023 | EXPENSES | 0.00 | Postage for mailing 2021 tax return to trustee | 9.55 |
| 01/20/2023 | EXPENSES | 0.00 | 114 copies at $0.15 cents each for 2022 tax return | 17.10 |
| 01/20/2023 | EXPENSES | 0.00 | Postage for mailing 2022 tax return to Trustee | 9.55 |
| 04/21/2023 | EXPENSES | 0.00 | Certified mailing of letter and 2022 tax return to Virginia Department of Taxation | 9.96 |
| 01/22/2024 | EXPENSES | 0.00 | 97 copies at $0.15 each for 2023 tax return | 14.55 |
| 01/22/2024 | EXPENSES | 0.00 | Postage to mail 2023 tax return to Trustee | 11.00 |
| 01/21/2025 | EXPENSES | 0.00 | 97 copies at $0.15 each for 2024 tax return | 14.55 |
| 01/21/2025 | EXPENSES | 0.00 | Postage to mail 2024 tax return to Trustee | 10.40 |
| Subtotals: | | 0.00 | | 135.36 |
| Total billed hours | | 16.83 | Billed Time & Expenses | $5,059.71 |
| | | | Invoice Total | $5,059.71 |

#6560410v1