# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **In re:** ) | |
| ) | **Bankruptcy Case** |
| **MICHAEL MOUREAU WILSON** ) | **No. 16-10459-BFK** |
| ) | **Chapter 7** |
| **Debtor.** ) | |

## ORDER GRANTING SECOND INTERIM APPLICATION
## FOR COMPENSATION OF TRUSTEE'S ACCOUNTANT

This matter comes before the Court upon the application of H. Jason Gold, Trustee ("**Trustee**"), for approval of the application for compensation for Barry Strickland & Company ("**Application**") [Docket No. ____]; it appearing that the Application was properly noticed and no further notice is necessary; and it further appearing that no objections to the Application were raised or filed; upon consideration of the Application and the record herein; and it appearing that the Application should be approved; it is hereby

ORDERED that the Application is approved; and it is further

ORDERED that Barry Strickland & Company is allowed compensation for professional services rendered and for reimbursement of expenses in the amount of $5,059.71.

Dated: _____                    _____
      Alexandra, VA                                              **BRIAN F. KENNEY**
                                                                    **United States Bankruptcy Judge**

Entered on docket: _____

_____
*H. Jason Gold, Va Bar No. 19117*
*Bandar K. Al-Saif, Va Bar No. 100059*
*Odin Feldman & Pittleman, P.C.*
*1775 Wiehle Avenue, Suite 400*
*Reston, VA 20190*
*(703) 218-2144*

I ASK FOR THIS:

*/s/ Bandar K. Al-Saif*
**Bandar K. Al-Saif, Esquire (VSB No. 100059)**
**Counsel for Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Phone: 703-218-2144**
**Fax:    703-218-2160**
**bandar.al-saif@ofplaw.com**


SEEN AND NO OBJECTION:

*/s/ Jack I. Frankel*
**Jack I. Frankel**
**Office of the U.S. Trustee**
**1725 Duke Street, Suite 650**
**Alexandria, Virginia 22314**


## CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

*/s/ Bandar K. Al-Saif*
Bandar K. Al-Saif


**PARTIES TO RECEIVE COPIES**

Counsel for Trustee – to be served electronically
Counsel for Debtor – to be served electronically

#6560886v1

2