# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **In re:** ) | |
| ) | **Bankruptcy Case** |
| **MICHAEL MOUREAU WILSON** ) | **No. 16-10459-BFK** |
| ) | **Chapter 7** |
| **Debtor.** ) | |

## NOTICE OF HEARING AND NOTICE OF
## OPPORTUNITY TO OBJECT TO SECOND INTERIM
## APPLICATION FOR COMPENSATION OF TRUSTEE'S ACCOUNTANT

H. Jason Gold, Trustee in the above-captioned case, by counsel, has filed a Second Interim Application for Compensation of Trustee's Accountant ("**Application**").

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the Court to grant the relief sought in the Application or if you want the Court to consider your views on the Application, then you or your attorney must do the following checked items:

☒ **On or before December 22, 2025,** file with the Court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the Application as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the persons listed below. The address for the Court is as follows:

> Clerk of the Court
> U.S. Bankruptcy Court
> 200 South Washington Street
> Alexandria, Virginia 22314

☒    A copy of any written response must be mailed to the following persons:

---

*H. Jason Gold, Va Bar No. 19117*
*Bandar K. Al-Saif, Va Bar No. 100059*
*Odin Feldman & Pittleman, P.C.*
*1775 Wiehle Avenue, Suite 400*
*Reston, VA 20190*
*(703) 218-2144*

        Bandar K. Al-Saif
        Counsel for H. Jason Gold, Trustee
        1775 Wiehle Avenue, Suite 400
        Reston, Virginia 20190

You must also:

☒    Attend the hearing scheduled to be held on **January 6, 2026 at 9:30 a.m.** at the United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314. **If no timely response has been filed opposing the relief requested, the Court may grant the relief without holding a hearing.**

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

        **H. JASON GOLD, TRUSTEE**

        By Counsel

**By:**    */s/ Bandar K. Al-Saif*
        **Bandar K. Al-Saif, Esquire (VSB No. 100059)**
        **Counsel for Trustee**
        **ODIN FELDMAN & PITTLEMAN PC**
        **1775 Wiehle Avenue, Suite 400**
        **Reston, Virginia 20190**
        **Phone:  703-218-2144**
        **Fax:     703-218-2160**
        **bandar.al-saif@ofplaw.com**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of this Notice and the Application were sent this 1st day of December, 2025 (i) electronically upon all registered users pursuant to this Court's CM/ECF procedures; and (ii) by first-class mail, postage prepaid upon the Service List attached to this Notice.

        */s/ Bandar K. Al-Saif*
        Bandar K. Al-Saif

#6560432v1