ALAN SCOTT GREGORY ESQ
7600 GEORGIA AVE NW #412
WASHINGTON DC 20012-0000

ALBERT C BEATTY JR MD
3 BLANCOYD RD
MERION STATION PA 19066-0000

ANNIE B HIRSCH ESQ
HIRSCH & COSCA PC
8401 COLESVILLE RD STE 630
SILVER SPRING MD 20910-0000

BANK OF AMERICA NA
PO BOX 15222
WILMINGTON DE 19886-5222

CALDWELL CONSULTANTS
209 MIDSHIPMAN CIR
STAFFORD VA 22554-0000

CAPITOL CAPITAL LLC
1344 E CAPITOL ST NE
WASHINGTON DC 20036-0000

CAROLYN CRAWFORD MD
5616 SOUNDS AVE
SEA ISLE CITY NJ 08243-0000

CARY J HANSEL ESQ
HANSEL LAW PC
2514 N CHARLES ST
BALTIMORE MD 21218-0000

CRAIG D MILLER ESQ
SIMEONE & MILLER LLP
1130 CONNECTICUT AVE NW #350
WASHINGTON DC 20036-0000

DANIEL M PRESS
CHUNG & PRESS PC
6718 WHITTIER AVE STE 200
MCLEAN VA 22101

DATASPHERE
3350 161ST AVE SE
BELLEVUE WA 98008-0000

DEBORAH A VITALE ESQ
1013 PRINCESS ST
ALEXANDRIA VA 22314-2246

DEXMEDIA
PO BOX 619810
DFW AIRPORT TX 75261-9810

DEXMEDIA LLC
2200 W AIRFIELD DR
DALLAS TX 75261-0000

DISCOVERY COPY
ATTN: MICHAEL PHELPS
2001 PENNSYLVANIA AVE NW
WASHINGTON DC 20006-0000

DIVERSIFIED ACCEPTANCE COMPANY
ATTN: MICHAEL OPPER ESQ
9845 HORN RD STE 240
SACRAMENTO CA 95827

DUANE R DEMERS ESQ
MITCHELL RUBENSTEIN & ASSOC
12 S SUMMIT AVE STE 250
GAITHERSBURG MD 20877-0000

EILEEN T ROHAN ESQ
441 E ALLEN ST
HUDSON NY 12543-0000

EQUITY RESIDENTIAL
WATERPARK TOWERS
1501 CRYSTAL DR
ARLINGTON VA 22202-0000

GERALD KAPLAN
8302 YORK RD APT A26
ELKINS PARK PA 10027

GREG KRASOVSKY ESQ
MAIL DROP: MICHAEL WILSON
1120 19TH ST NW SUITE LL-11
WASHINGTON DC 20036-3605

HALL & SETHI PLC
11260 ROGER BACON DR #400
RESTON VA 20190-0000

HUGH WEST MD
10 MORNING SUN
MILL VALLEY CA 94941-0000

IMMEDIATE CREDIT RECOVERY INC
PO BOX 965363
MARIETTA GA 30066-0000

JAMES C BAILEY ESQ
BAILEY & EHRENBERG
1015 18TH ST NW #204
WASHINGTON DC 20036-0000

JAMES R SCHROLL
BEAN KINNEY & KORMAN
2300 WILSON BLVD 7TH FL
ARLINGTON VA 22201

JOHN C LOWE ESQ
5920 SEARL TERRACE
BETHESDA MD 20816-0000

JONATHAN GRIMM ESQ
MAIL DROP: MICHAEL WILSON
1120 19TH ST NW SUITE LL-11
WASHINGTON DC 20036-3605

KARL J PROTIL JR ESQ
SHULMAN ROGERS
12505 PARK POTOMAC AVE 6TH FL
POTOMAC MD 20854-0000

LEXISNEXIS
9443 SPRINGBORO PIKE
MIAMISBURG OH 45342

MADELINE A TRAINOR
REDMON PEYTON & BRASWELL LLP
510 KING ST STE 301
ALEXANDRIA VA 22314

MARGARET BATTERSBY BLACK ESQ
LEVIN & PERCONTI
325 N LASALLE STE 450
CHICAGO IL 60654-0000

MAX VOLSKY
549 COLUMBUS AVE STE 299
NEW YORK NY 10024

MELISSA M WATSON GOODE
GLASSER AND GLASSER PLC
CROWN CENTER STE 600
580 EAST MAIN ST
NORFOLK VA 23510

MICHAEL MOUREAU WILSON
3751 PATUXENT RIVER RD
DAVIDSONVILLE MD 21035

MIKE SLOCUMB ESQ
MIKE SLOCUMB LAW FIRM
777 6TH ST NW SUITE 200
WASHINGTON DC 20001-0000

NCS LLC
PO BOX 1787
1340 12TH AVE
LONGVIEW WA 98632-0000

MAX VOLSKY ESQ
NEW AMSTERDAM CAPITAL PARTNERS
459 COLUMBUS AVE STE 299
NEW YORK NY 10024-0000

OFFICE OF THE US TRUSTEE - REGION 4
1725 DUKE ST STE 650
ALEXANDRIA VA 22314

PAUL WIESENFELD ESQ
932 HUNGERFORD DR #20
ROCKVILLE MD 20850-0000

PETER RAMSEY HELT ESQ
BAYLINSON KUDYSH GREENBERG
303 S MAIN ST LL
MOUNT AIRY MD 21771-0000

PITNEY BOWES
PURCHASE POWER
PO BOX 371874
PITTSBURGH PA 15250-0000

PLANET DEPOS
405 E GUDE DR STE 209
ROCKVILLE MD 20850-0000

PRUDENCE LLC
PO BOX 79430
BALTIMORE MD 21279-0000

PS BUSINESS PARKS
7927 JONES BRANCH DR STE 1300
TYSONS VA 22102-0000

PS BUSINESS PARKS LP
C/O GROSS & ROMANICK PC
3975 UNIVERSITY DR STE 410
FAIRFAX VA 22030-2520

RELX INC
DBA LEXISNEXIS
PO BOX 9584
NEW YORK NY 10087-4584

RJH AIR CONDITIONING & HEATING
ATTN: STORM ROGERS
12232 DISTRIBUTION PLACE
BELTSVILLE MD 20705-0000

ROBYN DANIELLE PEPIN
BEAN KINNEY & KORMAN PC
2311 WILSON BLVD 5TH FL
ARLINGTON VA 22201

RONALD I KAPLAN MD JD
KAPLAN & LUKOWSKI LLP
333 SANDY SPRINGS CIR #200
ATLANTA GA 30328-0000

SCHLANGER & SCHLANGER LLP
1025 WESTCHESTER AVE STE 108
WEST HARRISON NY 10604-0000

SCORPION DESIGN LLC
DEPT 3498
PO BOX 123498
DALLAS TX 75312-3498

SHAWN C WHITTAKER
LAW OFFICE OF SHAWN C WHITTAKER PC T/A
WHITTAKER LAW PC
1401 ROCKVILLE PIKE STE 510
ROCKVILLE MD 20852

STEPHEN FRIEDMAN ESQ
JOSEPH GREENWALD & LAAKE PA
6404 IVY LN STE 400
GREENBELT MD 20770-0000

STEVEN B RAMSDELL
TYLER BARTL & RAMSDELL PLC
300 N WASHINGTON ST STE 310
ALEXANDRIA VA 22314

SYNCHRONY BANK
C/O OF RECOVERY MANAGEMENT
SYSTEMS CORP
25 SE 2ND AVE STE 1120
MIAMI FL 33131-1605

TESSA L FREDERICK ESQ
MILES & STOCKBRIDGE PC
10 LIGHT ST
BALTIMORE MD 21202-0000

THOMSON REUTERS
610 OPPERMAN DRIVE
EAGAN MN 55123

THOMSON WEST
WEST PAYMENT CENTER
PO BOX 6292
CAROL STREAM IL 60197-6292

TORRIS LEGAL SERVICES
PO BOX 18647
WASHINGTON DC 20036-0000

TOYOTA FINANCIAL SERVICES
PO BOX 5855
CAROL STREAM IL 60197-5855

US BANKRUPTCY COURT
200 SOUTH WASHINGTON STREET
ALEXANDRIA VA 22314-5405

US DEPT OF EDUCATION
PO BOX 105028
ATLANTA GA 30348-5028

US LEGAL SUPPORT
200 W JACKSON BLVD STE 600
CHICAGO IL 60606-0000

US LEGAL SUPPORT INC
MATTHEW J SHIER C/O SHIERKATZ RLLP
930 MONTGOMERY ST #600
SAN FRANCISCO CA 94133

VERONICA NANNIS ESQ
JOSEPH GREENWALD & LAAKE PA
6404 IVY LN STE 400
GREENBELT MD 20770-0000

VERIZON
PO BOX 4830
TRENTON NJ 08650-4830

VERIZON
PO BOX 25505
LEHIGH VALLEY PA 18002-5505

VERIZON FIOS
PO BOX 1100
ALBANY NY 12250-0001

WILLIAM GRAY
SANDS ANDERSON
PO BOX 1998
RICHMOND VA 23219

ZAYO GROUP LLC
PO BOX 952136
DALLAS TX 75395-2136

PAETEC/WINDSTREAM
PO BOX 90013
LOUISVILLE KY 40290-1013

SUTHERLAND & BRINSTER PA
5305 VILLAGE CENTER DR STE 216
COLUMBIA MD 21044-2385

THE LIEN RESOLUTION GROUP
250 W NYACK RD STE 240
WEST NYACK NY 10994-0000

JASON H. GOLD
PO BOX 57359
WASHIGNTON DC 20037

#6561161v1