IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | **Bankruptcy Case** |
| **MICHAEL MOUREAU WILSON** ) | **No. 16-10459-BFK** |
| ) | **Chapter 7** |
| Debtor. ) | |

**ORDER GRANTING SECOND INTERIM APPLICATION
FOR COMPENSATION OF TRUSTEE'S ACCOUNTANT**

This matter comes before the Court upon the application of H. Jason Gold, Trustee ("**Trustee**"), for approval of the application for compensation for Barry Strickland & Company ("**Application**") [Docket No. 272]; it appearing that the Application was properly noticed and no further notice is necessary; and it further appearing that no objections to the Application were raised or filed; upon consideration of the Application and the record herein; and it appearing that the Application should be approved; it is hereby

ORDERED that the Application is approved; and it is further

ORDERED that Barry Strickland & Company is allowed compensation for professional services rendered and for reimbursement of expenses in the amount of $5,059.71.

Dated: Dec 30 2025
     Alexandra, VA

/s/ Brian F Kenney
**BRIAN F. KENNEY**
**United States Bankruptcy Judge**

Entered on docket: Dec 31 2025

H. Jason Gold, Va Bar No. 19117
Bandar K. Al-Saif, Va Bar No. 100059
Odin Feldman & Pittleman, P.C.
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
(703) 218-2144

I ASK FOR THIS:

*/s/ Bandar K. Al-Saif*
**Bandar K. Al-Saif, Esquire (VSB No. 100059)**
**Counsel for Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Phone: 703-218-2144**
**Fax:    703-218-2160**
**bandar.al-saif@ofplaw.com**


SEEN AND NO OBJECTION:


*/s/ Jack I. Frankel*
**Jack I. Frankel**
**Office of the U.S. Trustee**
**1725 Duke Street, Suite 650**
**Alexandria, Virginia 22314**


## CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

　　　　　　　　　　　　　　　　　*/s/ Bandar K. Al-Saif*
　　　　　　　　　　　　　　　　　Bandar K. Al-Saif


**PARTIES TO RECEIVE COPIES**

Counsel for Trustee – to be served electronically
Counsel for Debtor – to be served electronically

#6560886v1