# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | **Bankruptcy Case** |
| MICHAEL MOUREAU WILSON ) | **No. 16-10459-BFK** |
| ) | **Chapter 7** |
| Debtor. ) | |

### ORDER GRANTING SECOND INTERIM APPLICATION
### FOR COMPENSATION OF TRUSTEE'S ACCOUNTANT

This matter comes before the Court upon the application of H. Jason Gold, Trustee ("**Trustee**"), for approval of the application for compensation for Barry Strickland & Company ("**Application**") [Docket No. 272]; it appearing that the Application was properly noticed and no further notice is necessary; and it further appearing that no objections to the Application were raised or filed; upon consideration of the Application and the record herein; and it appearing that the Application should be approved; it is hereby

ORDERED that the Application is approved; and it is further

ORDERED that Barry Strickland & Company is allowed compensation for professional services rendered and for reimbursement of expenses in the amount of $5,059.71.

Dated: Dec 30 2025          /s/ Brian F Kenney
       Alexandra, VA         **BRIAN F. KENNEY**
                             **United States Bankruptcy Judge**

                             Entered on docket: Dec 31 2025

_____
*H. Jason Gold, Va Bar No. 19117*
*Bandar K. Al-Saif, Va Bar No. 100059*
*Odin Feldman & Pittleman, P.C.*
*1775 Wiehle Avenue, Suite 400*
*Reston, VA 20190*
*(703) 218-2144*

I ASK FOR THIS:

*/s/ Bandar K. Al-Saif*
**Bandar K. Al-Saif, Esquire (VSB No. 100059)**
**Counsel for Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Phone: 703-218-2144**
**Fax:    703-218-2160**
**bandar.al-saif@ofplaw.com**


SEEN AND NO OBJECTION:


*/s/ Jack I. Frankel*
**Jack I. Frankel**
**Office of the U.S. Trustee**
**1725 Duke Street, Suite 650**
**Alexandria, Virginia 22314**


### CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

          */s/ Bandar K. Al-Saif*
          Bandar K. Al-Saif


**PARTIES TO RECEIVE COPIES**

Counsel for Trustee – to be served electronically
Counsel for Debtor – to be served electronically

#6560886v1

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 16-10459-BFK |
| Michael Moureau Wilson | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: Nathaniel | Page 1 of 2 |
| Date Rcvd: Dec 31, 2025 | Form ID: pdford9 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2026:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: wilson@wilsonlaw.com | Jan 01 2026 00:54:00 | Michael Moureau Wilson, 3751 Patuxent River Rd., Davidsonville, MD 21035-2420 |
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jan 01 2026 01:00:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| acc | + Email/Text: barry@barrystrickland.com | Jan 01 2026 01:00:47 | Barry Strickland & Company, P.O. Box 9228, Richmond, VA 23227-0228 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander McDonald Laughlin | on behalf of Plaintiff H. Jason Gold alex.laughlin@ofplaw.com marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Trustee H. Jason Gold alex.laughlin@ofplaw.com marse.hammond@ofplaw.com |
| Andrea Campbell Davison | |

District/off: 0422-9 | User: Nathaniel | Page 2 of 2
Date Rcvd: Dec 31, 2025 | Form ID: pdford9 | Total Noticed: 3

| | |
|---|---|
| | on behalf of Creditor John C. Lowe ADavison@beankinney.com  ksmith@beankinney.com |
| Bandar Al-Saif | |
| | on behalf of Trustee H. Jason Gold bandar.al-saif@ofplaw.com  marse.hammond@ofplaw.com |
| Daniel M. Press | |
| | on behalf of Creditor Joseph  Greenwald & Laake, P.A. dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email |
| H. Jason Gold | |
| | goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |
| James R. Schroll | |
| | on behalf of Creditor John C. Lowe jschroll@beankinney.com  ncoton@beankinney.com |
| James R. Schroll | |
| | on behalf of Movant Hall & Sethi  PLC jschroll@beankinney.com, ncoton@beankinney.com |
| Lauren Farrar | |
| | on behalf of Trustee H. Jason Gold lauren.farrar@ofplaw.com |
| Lauren Friend McKelvey | |
| | on behalf of Trustee H. Jason Gold lauren@streetshares.com |
| Madeline A. Trainor | |
| | on behalf of Creditor Carolyn S Crawford mtrainor@rpb-law.com  madtrainor@gmail.com |
| Robert M. Marino | |
| | on behalf of Defendant Michael Moureau Wilson rmmarino@rpb-law.com  rmmarino1@aol.com |
| Robyn Danielle Pepin | |
| | on behalf of Creditor Bank of America  N.A. rpepin@glasserlaw.com, pjmecf@glasserlaw.com |
| Shawn C Whittaker | |
| | on behalf of Creditor Planet Depos  LLC shawn@whittaker-law.com |
| Steven B. Ramsdell | |
| | on behalf of Debtor Michael Moureau Wilson sramsdell@tbrclaw.com  asemerjian@tbrclaw.com |
| William Gray | |
| | on behalf of Plaintiff Max Volsky bgray@sandsanderson.com  sryan@sandsanderson.com |
| William Gray | |
| | on behalf of Counter-Defendant Max Volsky bgray@sandsanderson.com  sryan@sandsanderson.com |
| William Gray | |
| | on behalf of Creditor Max Volsky bgray@sandsanderson.com  sryan@sandsanderson.com |
| William Gray | |
| | on behalf of Defendant Max Volsky bgray@sandsanderson.com  sryan@sandsanderson.com |

TOTAL: 19